No. 754. PERRY ET AL. v. CHELAN ELECTRIC CO. ET AL. Return to rule submitted May 13, 1929.

824

Decided May 20, 1929. *Per Curiam:* The return to the rule to show cause is held insufficient and the appeal is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Frank Reeves* and *Crooker Perry, pro se,* for appellants. *Messrs. Thomas Balmer* and *Charles S. Albert* for appellees.